UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARISELA LUGO,

    Plaintiff,

v.

FIVECAP, INC., a domestic nonprofit corporation,
MARY TRUCKS, individually,

    Defendants.

Case No. 1:22-CV-157

Hon. Paul L. Maloney

| Noah S. Hurwitz (P74063) | Bonnie G. Toskey (P30601) |
|---|---|
| Kara F. Krause (P85487) | Sarah K. Osburn (P55539) |
| Grant Vlahopoulos (P85633) | COHL, STOKER & TOSKEY, P.C. |
| HURWITZ LAW PLLC | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | 601 N. Capitol Avenue |
| 617 Detroit Street Ste 125 | Lansing, MI 48933 |
| Ann Arbor, MI 48104 | (517) 372-9000 |
| (844) 487-9489 | btoskey@cstmlaw.com |
| noah@hurwitzlaw.com | sosburn@cstmlaw.com |
| kara@hurwitzlaw.com | |
| grant@hurwitzlaw.com | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Marisela Lugo and Defendants' FiveCAP, Inc. and Mary Trucks, that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice and without interest, costs, or attorneys' fees to any Party.

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE and without interest, costs, or attorneys' fees to any Party.

This order disposes of all claims and closes the case.

IT IS SO ORDERED.

Dated: __June 30, 2022__            ___/s/ Paul L. Maloney___
                                                    United States District Judge

Stipulated to by:

| | |
|---|---|
| /s/ *Noah S. Hurwitz* | /s/ *Bonnie G. Toskey* |
| Noah S. Hurwitz (P74063) | Bonnie G. Toskey (P30601) |
| Hurwitz Law PLLC | Cohl, Stoker & Toskey, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| noah@hurwitzlaw.com | btoskey@cstmlaw.com |

Dated: June 29, 2022